# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Silvia M.,

_____
*Plaintiff*

v.

Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Jul 30, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   1:17-CV-3176-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED; Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED.  Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Stanley A. Bastian _____ on Motions for Summary Judgment (ECF Nos. 12 and 14).

Date:  July 30, 2018 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____